# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Fyance Dawson,

        Plaintiff

vs.

Chad Kolitwenzew
Robert Schultz
Lt. Schultz #7582
c/o Krumwiede #7477
c/o O'Keefe - #7475
c/o Georgeff #1270
Deliz Santiago
Cpl. Memenga #7561

        Defendant(s)

Case No. _____
*(The case number will be assigned by the clerk)*

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

---

**Please refer to the instructions when filling out this complaint.* Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

# II. PARTIES

A. Plaintiff:

Full Name: FYANCE DWANE DAWSON

Prison Identification Number: 405057

Current address: 3050 S. JUSTICE WAY
KANKAKEE, IL 60901

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: CHAD KOLITWENZEW

Current Job Title: CHIEF OF CORRECTIONS

Current Work Address: 3050 JUSTICE WAY
KANKAKEE, IL 60901

Defendant #2:

Full Name: ROBERT SCHULTZ

Current Job Title: ASST. CHIEF OF CORRECTIONS

Current Work Address: 3050 JUSTICE WAY
KANKAKEE, IL 60901

Defendant #3:

Full Name: Lt. Schultz (BADGE #7582)

2

Current Job Title: CORRECTIONAL OFFICER

Current Work Address: 3050 JUSTICE WAY
KANKAKEE, IL 60901

Defendant #4:

Full Name: C/O KRUMWIEDE #7477

Current Job Title: CORRECTIONAL OFFICER/DISCIPLINARY BOARD

Current Work Address: 3050 JUSTICE WAY
KANKAKEE, IL 60901

Defendant #5:

Full Name: C/O O'KEEFE #7475

Current Job Title: CORRECTIONAL OFFICER

Current Work Address: 3050 JUSTICE WAY
KANKAKEE, IL 60901

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒   No ☐

3

DEFENDANT #6

Full Name: C/O GEORGEFF #1270

Current Job Title: Correctional Officer

Current Work Address: 3050 S. Justice Way, Kankakee, IL 60901

DEFENDANT #7

Full Name: Deliz Santiago

Current Job Title: Nurse

Current Work Address: 3050 Justice Way, Kankakee, IL 60901

DEFENDANT #8

Full Name: Cpl. Memenga #7561

Current Job Title: Correctional Officer - Corporal

Current Work Address: 3050 Justice Way, Kankakee, IL 60901

C. If your answer to B is yes, how many? __1__ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number
   FYANCE DAWSON V. MICHAEL DOWNEY - 14-CV-2020

2. Basic claim made DUE PROCESS FAILURE, DELIBERATE INDIFFERENCE, INADEQUATE MEDICAL

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) DISMISSED, I FILED GRIEVANCES TO JAIL ADMINISTRATION. I JUST DIDN'T KNOW HOW TO APPEAL MY LAWSUIT. MY FIRST TIME EVER FILING.

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☑  No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ☑  No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  JEROME COMB DETENTION CENTER

Date(s) of the occurrence  2/18/21, 4/19/21, 3/10/21, 2/23/22, 2/18-19/21,

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

(1): On 2/18/21 I was handcuffed and removed from Flex A and charged with a fight. In which Cpl. Bartucci, c/o Smith took me to Max B disciplinary segregation. I was the only one taken to Seg. and the only person punished for 23 days. While c/o Krumweide found me guilty of fighting I guess myself. Clear retaliation for filing a grievance and lawsuit against Jerome Comb Detention Center. If not why was I the only person handcuffed + removed and forced to stay in disciplinary lockdown 23 days. I typed multiple grievances while in Seg on Max B. Kiosk #2565 and no one never responded. Eric Jeter clearly came into my cell yet I was the one punished. Video footage will support my claim!

(2): On 4/19/21 I was charged again with a fight on E-Pod with a Mr. Lee Floyd, in which Mr. Floyd was also charged with a fight, but I was the only one punished. Mr. Floyd served one day in disciplinary segregation while I was given 25 days! Video footage will support my claim as well as movement placement cards kept here at

5

Jerome Comb Detention Center. Yet another example of selective prosecution and retaliation. Both defendants Chad Kolitwenzew and Robert Schultz duties are to oversee the daily operations of divisions here within the jail including disciplinary and adjustment board. In both instances c/o Krumwiede gave both hearings and rulings!

(3): On 3/10/21 while being housed on Max B Cell #2 approx. 12 noon c/o O'Keefe and other correctional officers stormed into the unit because we would not close our tray slots. So while my arm was hanging out of my tray slot officer O'Keefe twisted my wrist, bent my arm and shoved it into my cell! I did not do or say anything to provoke this attack from him. I wrote numerous grievances and no one cares. They do whatever they want to do in this jail!

(4): Nurse Deliz Santiago has denied me my mental health meds more than once! I've wrote grievances and they have actually told me that if she comes to your cell and can see you using your tablet then she has the right to not give me my meds! I don't remember the dates I didn't write it down but it's all the kiosk a court order of all my grievances will prove and video footage will support my claim.

6

(5): On 2/27/27 and numerous other occasions I have requested copies of my grievances and requests out of the kiosk machine only to be denied! Lt. Schultz has wrote me denying me copies informing me the system is intended to be paperless! Cpl. Memenga has ~~[scribble]~~ told me NO we won't give you copies of your grievances, no matter what I said I needed them for. The only way to obtain them are via court order.

(6): I've been housed in Jerome Combs Detention Center 20 months and not once was I afforded any religious services or in person counseling! I'm a Seventh-Day Adventist and there are no programs here of any kind let alone any to practice your religious belief. There are absolutely NO programs here their handbook is a lie. No GED, No anger management, no church services, No Think for a Change, none of it is true!

(7): Most cells don't even have hot water, mirrors, or writing desk accordding to section 701. County Jail Standards.

(8): All year around air conditioning is blown in these cells here. It's absolutely freezing on units in Jerome Combs Detention Center.

Not to mention numerous officers chew tobacco here!

7

RELIEF REQUESTED

(State what relief you want from the court.)

MORE than anything I'd ASK the honorable COURT TO have JEROME COMB DETENTION CENTER INVESTIGATED AND ALL STATE CODE ENFORCER TO COME TO EVERY UNIT + DECK TO OBSERVE THE CONDITIONS OF this jail. OR AN OUTSIDE CONTRACTOR TO COME OBSERVE AND TAKE NOTES! AS FAR AS FINICIAL COMPENSATION I ASK the COURT AWARD ME $40,000

JURY DEMAND    Yes [✓]    No [ ]

Signed this __14__ day of __October__, 20__22__.

_____
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Fyance Dawson | 405057 |
| Address: 3050 Justice Way Kankakee, IL 60901 | Telephone Number: N/A |

8